✓#695455   #128821

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
2010 SEP -2 PM 3:01
CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

IN RE:                        *        CASE # 05-38670 S
                                       CHAPTER 13
                              *

Horner, Amber M
Debtor                        *

### TRANSMITTAL OF UNCLAIMED FUNDS

John P. Gustafson, Trustee of this estate, reports the following:

Ninety days have passed since final distribution was made in this case. A stop payment has been issued on the following checks remaining unpaid. The names of the persons to whom such non-negotiated checks were issued, the amounts of such check(s) and the check number(s) are:

| Check # | Payee | Amount | Date Issued |
|---------|-------|--------|-------------|
| 658674 | Alltel Communications<br>1 Allied Drive<br>Little Rock, AR  72202 | 74.08 | 4/30/10 |

Your trustee's check #695455 in the amount of $74.08 payable to the clerk of the United States Bankruptcy Court is attached to this report.

Date: 08/26/10

John P. Gustafson
Trustee in Bankruptcy